## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

Rosanne Edwards Murphy,             )
                                      )
                 Plaintiff,     )     Civil Action No.: 2:05-2623-CWH
                                        )
        versus                 )
                                        )
Veteran's Hospital, Crisis Stabilization  )     **ORDER**
Unit, DCH Northport Hospital,       )
                                        )
                                        )
                                        )
               Defendants.   )
_____)

On September 12, 2005, the plaintiff, a resident of South Carolina, filed a complaint *pro se* against the Veteran's Hospital, Crisis Stabilization, and DCH Northport Hospital.

On September 29, 2005, Magistrate Judge George C. Kosko filed a report and recommended that this action be dismissed for lack of jurisdiction. Attached to the report and recommendation was a "Notice of Right to File Objections." Pursuant to that Notice, the plaintiff herein was provided ten days during which to file written objections to the report and recommendation and informed of the consequences resulting from a failure to do so. See 28 U.S.C. §636(b)(1)(C). The plaintiff has not filed any objections.

The Court adopts Magistrate Judge Kosko's report and recommendation and dismisses this action without prejudice and without service of process for lack of jurisdiction.

**AND IT IS SO ORDERED.**

C. Weston Houck

_____
C. WESTON HOUCK
UNITED STATES DISTRICT JUDGE

Charleston, South Carolina
October 27, 2005